UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERAD SHORT,

    Plaintiff,

v.

JANSSEN PHARMACEUTICALS,
INC., AND JOHNSON AND
JOHNSON INC.

    Defendants.
_____/

CASE NO. 1:14-CV-1025

HON. ROBERT J. JONKER

## **JUDGMENT**

In accordance with the Opinion entered this day, Judgment is entered in favor of Defendants and against Plaintiff, and that this matter is **DISMISSED**.

Dated:    May 11, 2015        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE